IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

LUIS ARGUELLES,

      Petitioner,

v.                                        Case No.  5D17-1903

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed July 21, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Felix Felicier, of Felix Law Center P.A.,
Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 22, 2017 judgments and sentences in Case No. 2014-CF-005147-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, BERGER and EDWARDS, JJ., concur.